C. C. Lewis, Appellant, v. L. W. Blanton, as County Judge in and for Taylor County, Florida, Appellee.

Appeal dismissed on motion of counsel for Appellant.
*W. T. Hendry,* for the Motion.

M. C. Talley, as Trustee for Bartow Theaters, Inc., a corporation, etc., Appellant, v. D. V. Marquis, *et al.,* Appellees.

Appeal dismissed on motion of counsel for Appellees.
*Shackleford, Ivy, Farrior & Shannon* and *Fred C. Kent,* for Appellant.
· *L. O. Boynton* and *Wilson & Boswell,* for Appellees.

Importers & Exporters Insurance Company of New York, a corporation, Plaintiff in Error, v. Felicia Ingrao, joined by her husband, Luigi Dolcimascolo, Defendant in Error.

Writ of error dismissed on motion of counsel for the respective parties.
*Sutton, Tillman & Reeves,* for Plaintiff in Error.
*Albert D'Arpa* and *Edwin R. Dickenson,* for Defendants in Error.